# COMPLAINT
(for filers who are prisoners without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 FEB 16 P 3:01
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Brian Armon Ducksworth
Green Bay Corr. Inst. P.O. Box 19033
Green Bay, WI 54307

v.

Case Number: **21-C-0197**
(to be supplied by Clerk of Court)

(Full name of defendant(s))

Hannah Utter - Health Services Mgr
and Health Services Subordinates
Green Bay Correctional
HSU - Department

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __2833 Riverside Dr. Green Bay, WI__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Hannah Utter__
                                        (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Green Bay Correctional - Health Services Dept.
2833 Riverside Dr
Green Bay, WI

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Brian Avmon Ducksworth is an inmate at Green Bay Correctional in Green Bay Wisconsin. May of 2020 Covid-19 spreaded rapidly through the institution. In August of 2020 testing for covid-19 began. I had symptoms of body aches, loss of taste, and extreme headaches which I reported to the Health Services staff immediately during routine temperature checks that was done daily when covid-19 initially spreaded through

Complaint – 2

the institution. After being tested, I never received any notification or results from Health Services. Hannah Utter and other Health Services staff members knew that I was positive for covid-19, for four months I thought it was just another cold or flu bug that Dorm A gets every year in the fall. Unconcerned with my well-being the defendants failed to inform me that I was infected with the deadly disease covid-19. On December 23, 2020 I had a routine appointment with my pshyciatrist Dr. Maier who then informed me I was positive for covid-19 in August of 2020. The defendants harmful negligence placed my life in Jeopardy, and added extreme stress, anxiety, and mental anguish to an pre-existing condition that I already have. I am seeking damages from the defendants for knowing and not disclosing, vital information concerning my health which has caused severe pain and suffering. Which also could have taken my life.

Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking punitive damages or/and compensatory damages in the amount of $200,000 dollars. I would like an order for HSU staff to care more and to treat inmates with mental or physical health issues more compassionately, and while during service on the job have more humanitarian characteristics.

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __11__ day of __February__ 20 __21__.

Respectfully Submitted,

_Brian A. Ducksworth_
Signature of Plaintiff

__562195__
Plaintiff's Prisoner ID Number

__Green Bay Correctional P.O. Box 19033 Green Bay, WI 54307__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.